Nancy Angel ROSE, Substituted for Kenneth L. Gottschall, Deceased, as Personal Representative of the Estate of Manson M. Angel, Deceased, Appellant,

v.

Charlotte L. MEIER, Shirley L. Elrod, Marjorie E. Wells, and Lynn K. Ballew, Administrator Ad Litem of the Estate of Ruth E. Angel, Deceased, Respondents.

No. WD 53309.

Missouri Court of Appeals, Western District.

Nov. 4, 1997.

James S. Formby, Oak Grove, for Appellant.

Kevin K. Anderson, Harrisonville and Herbert M. Rope, Kansas City, for Respondents.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Nancy Angel Rose appeals from the probate court's order overruling her motion to set aside the judgment and order of the probate court. The appeal arises from a judgment construing a trust.

Judgment affirmed. Rule 84.16(b).